FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 SEP 22  AM 10: 54

DISTRICT OF UTAH

Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah  84111-2323

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| In re:<br><br>　　WOLFGANGO RUIZ and<br>　　ALBERTINA RUIZ,<br><br>　　　　Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Bankruptcy No. 09-33688 WTT<br>Chapter 7<br><br>**DEPOSIT OF FUNDS FOR SMALL CLAIMS** |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned

bankruptcy estate, represents to the Court that:

1.      The Trustee has filed his Final Report and has prepared the final distribution

checks to creditors.

2.      The following creditors were to have received a 0.43% distribution on their

claims.  The distributions were less than $5.00; therefore, the Trustee is depositing the funds

into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
|---|---|---|
| 4 | America First Credit Union<br>P.O. Box 9199<br>Ogden, UT 84409 | $0.96 |
| 11 | U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH  45201 | $1.97 |

2

| 16 | Capital Recovery III LLC | $2.14 |
| | Care of Recovery Management Systems Corp | |
| | 25 S.E. 2nd Avenue, Suite 1120 | |
| | Miami, FL 33131-1605 | |
| | | |
| 19 | GE Money Bank | $2.94 |
| | Care of Recovery Management Systems Corp | |
| | 25 S.E. 2nd Avenue, Suite 1120 | |
| | Miami, FL 33131-1605 | |

3.    A check in the amount of $8.01 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court and is attached hereto.

DATED this _21_ day of September, 2010.

Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the 22 day of September, 2010, I served the foregoing Deposit of Funds for Small Claims upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

U.S. Trustees Office
Ken Garff Building
405 S. Main Street
Suite 300
Salt Lake City, UT 84111